This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.             **NO. 29,507**

**TERRY D. GIBSON,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF DONA AÑA COUNTY**
**Stephen Bridgforth, District Judge**

Gary K. King, Attorney General
Margaret McLean, Assistant Attorney General
Santa Fe, NM

for Appellant

Jeffrey C. Lahann
Las Cruces, NM

for Appellee

**MEMORANDUM OPINION**

**VIGIL, Judge.**

The State of New Mexico appeals the district court's dismissal of the grand jury indictment charging Terry D. Gibson with several criminal offenses. This

Court filed a calendar notice proposing dismissal because the notice of appeal was untimely filed. The State filed a memorandum in opposition, which we have duly considered.

The State's memorandum in opposition asks this Court to excuse the late filing because it was caused by an inadvertent failure to allow for the fact that the month of March has thirty-one days, not thirty. [MIO 3] Rule 12-201(A)(2) NMRA requires that a notice of appeal be filed within thirty days after the judgment or order appealed from is filed in the district court clerk's office. We have held that the timely filing of a notice of appeal is a mandatory precondition to the exercise of our appellate jurisdiction. *See State v. Upchurch*, 2006-NMCA-076, 139 N.M. 739, 137 P.3d 679 (dismissing state's appeal when notice of appeal filed one day late). The docketing statement does not mention any circumstances of the type that might excuse the late filing. *See, e.g., Trujillo v. Serrano*, 117 N.M. 273, 871 P.2d 369 (1994) (holding that late filing of notice of appeal may be excused where court error caused the delay).

Because the notice of appeal was not timely filed, we dismiss this appeal.

**IT IS SO ORDERED.**

_____

**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____

**CYNTHIA A. FRY, Chief Judge**


_____

**CELIA FOY CASTILLO, Judge**

3